# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>  v.<br><br>Dalia Barranco-Gomez,<br><br>    Defendant. | Case No. 19-mj-11393-RBM-AJB<br><br>**Order Staying Proceedings** |

On joint motion of the parties, and with good cause shown, further proceedings in this case are stayed pending a Ninth Circuit decision in *United States v. Chavez-Diaz*, Ninth Circuit Case No. 18-50391, or until further order of the Court.

IT IS SO ORDERED.

Dated: November 26, 2019

Hon. Anthony J. Battaglia
United States District Judge